

**United States District Court
Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700　　　　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
Fax (919) 645-1750　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

June 5, 2020

Alec Redner
307 Hidden Springs Dr.
Durham, NC 27703

　　　　Re:　Redner v. State of NC
　　　　　　　**5:20-HC-2101-D**

Dear Mr. Redner,

　　Our office has received and filed your petition. Your case has been given the above-indicated docket number. **Please use this number when submitting documents for filing in this case.**

　　If your address changes, a notice of your change of address should be sent to us at the Clerk's office.

　　All pleadings and letters must be submitted on 8 1/2" by 11" papers and must include an **original signature**.

　　If you should desire a copy of a pleading returned to you, a stamped, self-address envelope and an extra copy of the pleading must be provided. Thank you for your cooperation.

　　Sincerely,

　　/s/ Peter A. Moore, Jr.
　　Clerk of Court

PAM/ai